UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER MUSCOLINO, individually and on behalf of behalf of all other similarly situated,<br><br>                  Plaintiff,<br><br>    - against -<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>                  Defendant. | 09-CV-3667 (SJF)(ETB)<br><br>**STIPULATION OF DISMISSAL** |

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, CHRISTOPHER MUSCOLINO, and defendant, GC SERVICES LIMITED PARTNERSHIP, that the above-entitled action is hereby dismissed with prejudice, and without costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The claims of the putative class action members, other than plaintiff's, are dismissed without prejudice.

Dated: New York, New York
       February 19, 2010

| | |
|---|---|
| THE LAW OFFICE OF JOSEPH MAURO, LLC<br>Attorneys for Plaintiff CHRISTOPHER MUSCOLINO<br><br>By: _____<br>      Joseph Mauro<br><br>306 McCall Avenue<br>West Islip, New York 11795<br>(631) 669-0921 | HINSHAW & CULBERTSON LLP<br>Attorneys for Defendant<br>GC SERVICES, LIMITED PARTNERSHIP<br><br>By: _____<br>      Concepcion A. Montoya (CM-7147)<br><br>780 Third Avenue, 4th Floor<br>New York, NY 10017-2024<br>(212) 471-6200<br><br>SO ORDERED:<br><br>_____<br>HON. SANDRA J. FEUERSTEIN, U.S.D.J. |