UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHRISTOPHER MUSCOLINO, individually and on behalf of behalf of all other similarly situated,

        Plaintiff,

- against -

GC SERVICES LIMITED PARTNERSHIP,

        Defendant.

09-CV-3667 (SJF)(ETB)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff, CHRISTOPHER MUSCOLINO, and defendant, GC SERVICES LIMITED PARTNERSHIP, that the above-entitled action is hereby dismissed with prejudice, and without costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The claims of the putative class action members, other than plaintiff's, are dismissed without prejudice.

Dated: New York, New York
      February 19, 2010

THE LAW OFFICE OF JOSEPH MAURO, LLC
Attorneys for Plaintiff CHRISTOPHER MUSCOLINO

By: _____
    Joseph Mauro

306 McCall Avenue
West Islip, New York 11795
(631) 669-0921

HINSHAW & CULBERTSON LLP
Attorneys for Defendant
GC SERVICES, LIMITED PARTNERSHIP

By: _____
    Concepcion A. Montoya (CM-7147)

780 Third Avenue, 4th Floor
New York, NY 10017-2024
(212) 471-6200

SO ORDERED:

2/22/10

HON. SANDRA J. FEUERSTEIN, U.S.D.J.